UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DESTANIE TALETHIA DANIEL,<br><br>Defendant. | No. 2:14-CR-152-SMJ-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO MODIFY |

Before the Court is Defendant's Motion to Lift the Curfew Condition for a weekend, ECF No. 150, and Motion to Expedite, ECF No. 151. The Defendant wishes to have her curfew lifted on Saturday and Sunday, May 2-3, 2015. Neither the United States, nor the U.S. Probation Office objects to this request. Accordingly,

**IT IS ORDERED** that the Motion, ECF No. 150, is **GRANTED.** Defendant shall not be subject to her court-imposed curfew on May 2nd and May 3rd only. She shall advise the U.S. Probation Office of her contact information on those dates. The Motion to Expedite, **ECF No. 151,** is **GRANTED.**

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED April 27, 2015.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1