UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>DESTANIE TALETHIA DANIEL,<br><br>   Defendant. | No. 2:14-CR-152-SMJ-2<br><br>ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO PERMANENTLY LIFT CURFEW CONDITION AND GRANTING MOTION TO EXPEDITE |

Before the Court is Defendant's Motion to Permanently Lift Curfew Condition, and Motion to Expedite.  The Defendant, at the suggestion of U.S. Probation, wishes to have her curfew lifted for the reasons set forth in the Motion. Neither the United States, nor the U.S. Probation Office, object to this request. Accordingly,

**IT IS ORDERED** that the Motion to Expedite, **ECF No. 235** is **GRANTED.** The Motion to Permanently Lift Curfew Condition, **ECF No. 234**, is **GRANTED**.  Defendant shall no longer be subject to the pretrial release condition of court-imposed curfew.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

DATED June 24, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1